DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Cardenas-Moreno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00458 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date: January 28, 2011 |
| JESUS CARDENAS-MORENO, | ) ) | Time: 9:00 a.m. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for Plaintiff, and JEREMY S. KROGER, Assistant Federal Defender and counsel for Defendant Jesus Cardenas-Moreno, that the date for status conference in this matter may be continued to January 28, 2011, at 9:00 a.m., or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 21, 2011.  The requested new date is January 28, 2011.**

    This continuance is requested because defense counsel will be unavailable on January 21, 2011 due to work-related travel.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice
3  served by the granting of the requested continuance outweigh the interests of the public and the defendant
4  in a speedy trial.

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

8  DATED: January 13, 2011                    By /s/ Susan Phan
                                                          SUSAN PHAN
9                                                            Assistant United States Attorney
                                                          Attorney for Plaintiff

11                                                           DANIEL J. BRODERICK
                                                          Federal Defender

13 DATED: January 13, 2011                   By /s/ Jeremy S. Kroger
                                                          JEREMY S. KROGER
14                                                           Assistant Federal Defender
                                                          Attorney for Defendant
15                                                           Jesus Cardenas-Moreno

18  **O R D E R**

19  **Good cause exists.** The intervening period of delay is excluded in the interests of justice pursuant to
20  18 U.S.C. § 3161(h)(7)(A).
21         IT IS SO ORDERED.
22  **Dated:**   **January 13, 2011**                   /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE